UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEXACTA INC, et al.,

                Plaintiffs,

    v.

KEVIN MCALEENAN, et al.,

                Defendants.

No. 2:19-CV-00554-RSM-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 16], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) Plaintiffs' Motion for a TRO [Dkt. # 13] is **GRANTED**. The Court hereby enters a TRO restraining Defendants from giving effect to their denial of (1) the Form I-129 Petition for Nonimmigrant Worker, otherwise known as an L-1A petition, that Plaintiff Hexacta, Inc., filed on behalf of Jose Javier Lopez de Lagar; and (2) the Form I-539 Application to Extend/Change Nonimmigrant Status, otherwise known as an L-2 application, that Flavia Paola Sosa filed on behalf of herself and her and Lopez de Lagar's three daughters, J.L., D.L, and I.L., until the Court can set the matter for a hearing and issue a decision on Lopez de Lagar's request for a preliminary injunction

The Clerk shall send copies of this Order to the parties and to Magistrate Judge Christel.

IT IS SO ORDERED.

DATED this 23 day of April 2019.

                                          RICARDO S. MARTINEZ
                                          CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1