UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HEXACTA INC, et al.,<br><br>                       Plaintiffs,<br><br>  v.<br><br>KEVIN MCALEENAN, et al.,<br><br>                       Defendants. | No. 2:19-CV-00554-RSM-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 42], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Plaintiffs' motion to voluntarily dismiss [Dkt. # 39] is granted and this case is dismissed with prejudice.

(3)     Plaintiffs are not restricted from seeking costs and fees as permitted by law.

(4)     Judgment shall not be entered for either party.

The Clerk shall send copies of this Order to the parties and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 4 day of September 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1